Holger Hanson, Doing Business as Holger Hanson Decorating Service, Appellant, v. Sheridan-Belmont Hotel Company, a Corporation, Appellee.

Gen. No. 48,565. 

First District, First Division.

May 21, 1962.

Rehearing denied June 26, 1962.

John A. Ricker, of Chicago, for appellant; Cummings & Wyman, of Chicago (Stanley M. Cahn, of counsel), for appellee. Opinion by MR. PRESIDING JUSTICE MURPHY. Not to be published in full.